1

2

3

4

5

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  FIRST NATIONAL INSURANCE COMPANY   )
    OF AMERICA, a Washington           )   NO. CIV. S-03-1112 GEB PAN
13  corporation,                       )
                                       )
14                     Plaintiff,      )
                                       )   ORDER
15            v.                       )
                                       )
16  MALLORY, SHAFFER & WELLS CONSTRUC- )
    TION COMPANY, a partnership;       )
17  STEVEN R. MALLORY, an individual;  )
    JAMES M. SHAFFER, an individual;   )
18  DANIEL WELLS, JR., an individual;  )
    KAREN MALLORY, an individual; and  )
19  ROSE ANN WELLS, an individual,     )
                                       )
20                     Defendants.     )
    _____)

21

22          Plaintiff's "Notice of Settlement" filed May 3, 2005,

23  requests that "the current trial date of May 17, 2005, be

24  vacated. . . ."  The mere assertion that the action has settled,

25  pending the parties' "executi[on of] the final settlement papers,"

26  is insufficient for a judicial determination that an actual

27  settlement exists.  Therefore, the trial commencement date will not

28  be vacated.  If the parties have in fact settled this action, they

                                1

1  shall file a document before 4:00 p.m. on May 6, 2005, which either

2  dismisses the action or sets forth all material terms of the

3  settlement, or the parties shall appear in Court before 4:00 p.m.

4  on May 6, 2005, to place on the record all material terms of the

5  settlement.[1]  See Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)

6  (indicating that a settlement is enforceable when no material terms

7  thereof are disputed).

8          IT IS SO ORDERED.

9  Dated:  May 4, 2005

10

11                              /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  _____

27      [1]    If the parties elect to appear in Court, they shall
    contact the Judge's Courtroom Deputy Clerk, Shani Furstenau, at
28  (916)930-4114, as soon as possible to arrange a hearing date and
    time.

2