1  James D. Curran, Esq.        SBN 126586
   Wolkin · Curran, LLP
2  555 Montgomery Street, Suite 1100
   San Francisco, California  94111
3  Telephone:     (415) 982-9390
   Facsimile:     (415) 982-4328
4
   Attorneys for Plaintiff
5  FIRST NATIONAL INSURANCE COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MALLORY SHAFFER & WELLS CONSTRUCTION COMPANY, a partnership; STEVEN R. MALLORY, an individual; JAMES M. SHAFFER, an individual; DANIEL WELLS, JR., an individual; KAREN MALLORY, an individual; and ROSE ANN WELLS, an individual,<br><br>            Defendants. | Case No. CIV. S-03-1112 GEB PAN<br><br>[Proposed] **ORDER ON STIPULATION FOR DISMISSAL**<br><br>Dept.:   10<br>Judge:   The Honorable<br>         Garland E. Burrell, Jr.<br><br>Trial: |

In consideration of the "Stipulation For Dismissal" filed with this Court by plaintiff FIRST NATIONAL INSURANCE COMPANY OF AMERICA ("First National") and defendants MALLORY SHAFFER & WELLS CONSTRUCTION COMPANY, STEVEN R. MALLORY, JAMES M. SHAFFER, KAREN MALLORY, the Court enters this order as follows:

/////

/////

1.

1. The current trial date of May 14, 2005 is vacated;

2. This matter is dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 16, 2005

                                             /s/ Garland E. Burrell, Jr.
                                          GARLAND E. BURRELL, JR.
                                          United States District Judge